MR ACOSTA

83,244-01
RECEIVED IN
COURT OF CRIMINAL APPEALS
12-7-15
DEC 10 2015
Abel Acosta, Clerk

I Am writing in the Hope's that you could tell me what WAS the Finding on my 11.07? and why I WAS Denied? I Dont HAve no $ LAwyeR I Did it my self pro se so if you cant tell me why I WAS Denied who CAN?? you sent me A CARD 9-9-12 telling me this is to Advise that the Court WAS Denied without written ORDER the Application FOR writ of HAbeas CORpus

Seren/ohs
773860